EXHIBIT A

GD201.TIF
Not Actual size (35% of actual size)



EXHIBIT B



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Registration Number**
**VA 1-712-384**

Effective date of registration:
February 23, 2009

---

## Title

**Title of Work:** Flower 2009 (02)
**Contents Titles:** Flower 2009 (02): GH273, GD205, GD209, GD213, GD222, GD224, GD225, GD226, GD227, GD231, GD239 I Geo: GD206, GD207, GD216, GD220, GD236 / Conversational- GD217, GD228, GID232, GD238 / Animal: GD235 / Ethnic: GD201, GD202, GD204, GD229, GD234, GD237

## Completion/ Publication

**Year of Completion:** 2009
**Date of 1st Publication:** February 6, 2009

## Author

- **Author:** Unicolors, Inc.
  **Author Created:** 2-Dimensional artwork

  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Unicolors, Inc. aka Unicolors Studio
3251 E. 26th Street, Vernon, CA, 90023

## Certification

**Name:** Nader Pazirandeh
**Date:** February 6, 2009

EXHIBIT C






**Fallas** — FIRST PLACE TO GO... FIRST PLACE TO SAVE
CONWAY · fallas paredes · cw price · factory 2-U

Conway Stores #0558
46 Broad Street
Elizabeth, NJ 07201
(908) 436-0514

Date 10/29/2014         Time 12:27 PM

Transaction Number  10558046959647 1
Store  558    Register  4
Associate  902 7999   Nakyiah

| SALE | | |
|---|---|---|
| Product ID | Description | Total |
| 718542 | JPPRINTKNI | 7.99 T |

Sales Tax  NEW JERSEY AREA 01   0.00
Total                            7.99
Cash                             8.00
CHANGE                          (0.01)

                              # of Units  1

Miss A Week Miss A Deal!

$ 7.99
OUR PRICE $12.99
STYLE #3457HX
SIZE: 1X

EXHIBIT D






EXHIBIT E









Fallas Discount Stores #0395
3554 W. Airport Fwy.
Irving, TX 75062
(972) 313-1379

Date    09/15/2014          Time    8:36 PM

Transaction Number    1039503569151086
Store      395       Register           3
Associate  9009555   Laura

SALE
Product ID      Description         Total
2991875         JRPRTROMPE          12.99 T


Sales Tax
TEXAS 0.3                            1.07

Total                               14.06

Cash                                20.00
CHANGE                              (5.94)

                        # of Units      1




Miss A Week Miss A Deal!


X1039503569151086




First Place to Shop ... First Place to Save
                        !
******* WWW.FALLASSTORES.COM *******
EXCHANGES 30 DAYS WITH RECEIPT
**** NO REFUNDS ****
Thanks for shopping at Fallas Stores!
Please visit our other locations

EXHIBIT F









**ROSS**
DRESS FOR LESS
PASADENA, CA
Phone: 626-351-5334

```
4    721003 BLACK/WHITE AZTEC    9.99 R
Subtotal                        $9.99
Sales Tax 9.000%                $0.90
Total                          $10.89
     Sold: 1  Returned: 0  Deleted: 0

Cash                           $11.00
Cash Change                     $0.11
Receipt #: 0421-03-6936-4181-8
Tender Detail#: 1-01-7-01-001089
```

Receipt # 0421-03-6936-4181-8



1-01-7-01-001089



```
Store: 0421    Reg: 03      Tran: 6936
Date: 06/30/14 Time: 03:15  Assoc: 802808
```
Thank you for shopping at Ross!
www.rossstores.com
*********************************
Like us on Facebook!
www.facebook.com/RossDressforLess
*********************************
ROSS STORES is

giving away $1000!

To learn how you can potentially be
one of the two $500 gift card
winners of the month, visit
**www.tellross.com**

No purchase necessary. For complete rules,
visit http:// www.tellross.com